IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ALLSTATE INSURANCE COMPANY                                       PLAINTIFFS

VS.                           CASE NO. 13-CV-6112

DONALD MARTIN and
SUSAN SINGLETON                                                   DEFENDANT

### ORDER

Before the Court is Plaintiff's Motion to Dismiss. ECF No. 22. Plaintiff moves the Court to dismiss this cause of action. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 24th day of March, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge